170 A.3d 305

JUDITH HUNTER, APPELLANT–MOVANT, v. BOARD OF REVIEW, DEPARTMENT OF LABOR, RESPONDENT–RESPONDENT, AND GEMINI MASSAGE ENVY BRANCHBURG, LLC, RESPONDENT.

June 29, 2017

## ORDER

It is ORDERED that the motion for leave to file an answering brief in opposition to the Board's motion for stay as within time (M–1337) is granted.

170 A.3d 306

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. STEVEN D. MONTGOMERY A/K/A STEPHEN MONT- GOMERY, DEFENDANT–PETITIONER.

June 29, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004863–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.